No. D–378.   IN RE DISBARMENT OF LORENZO.   Disbarment entered.   [For earlier order herein, see 464 U. S. 926.]

No. D–386.   IN RE DISBARMENT OF PERLOW.   Disbarment entered.   [For earlier order herein, see 464 U. S. 958.]

No. D–388.   IN RE DISBARMENT OF GOLDBURN.   Disbarment entered.   [For earlier order herein, see 464 U. S. 980.]

No. D–402.   IN RE DISBARMENT OF YOUNG.   It is ordered that Nancy J. Young, of Cos Cob, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–403.   IN RE DISBARMENT OF CUNNINGHAM.   It is ordered that Patrick J. Cunningham, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–404.   IN RE DISBARMENT OF MIRRER.   It is ordered that Raymond Mirrer, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–406.   IN RE DISBARMENT OF GOLDSTEIN.   It is ordered that Julian M. Goldstein, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–407.   IN RE DISBARMENT OF CATES.   It is ordered that Edward L. Cates, of Canton, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, with supporting briefs, may be filed within 30 days.   Request of the Special Master to be discharged is granted, and it is ordered that the Honorable Jean Sala Breitenstein is dis-